UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Anthony Webber<br>        Defendant. | Case No. 2:12-mj-287 CWH<br><br>**ORDER RESCHEDULING HEARING** |

Due to a conflict on the Court's calendar,

**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, March 19, 2013, is rescheduled to **Tuesday, March 12, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

DATED this __19th__ day of November, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge